# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL #4546**: One USPS Express Mail parcel bearing USPS tracking number EJ666084546US, addressed to "Casey Kasl, 2044 E. Palm Ln., Phoenix, AZ 85006," with a return address of "T.H. Brown, 1524 W. 8th, Muncie, IN 47305." It is a medium, brown box, cardboard box, measuring approximately 8.6" X 8.6" X 6.4"; weighing approximately 2 pounds and 12 ounces; postmarked February 25, 2021; and bearing $58.15 in postage.

**SEARCH WARRANT**

Case Number: 21-9078 MB

TO: Ricky Glass and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, RICKY GLASS, United States Postal Service - Office of Inspector General ("USPS-OIG"), on the premises known as:

**SUBJECT PARCEL**: One USPS Express Mail parcel bearing USPS tracking number EJ666084546US, addressed to "Casey Kasl, 2044 E. Palm Ln., Phoenix, AZ 85006," with a return address of "T.H. Brown, 1524 W. 8th, Muncie, IN 47305." It is a medium, brown box, cardboard box, measuring approximately 8.6" X 8.6" X 6.4"; weighing approximately 2 pounds and 12 ounces; postmarked February 25, 2021; and bearing $58.15 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1), 843(b), and 846, and TITLE 18, UNITED STATES CODE, SECTION 1956(h), AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above-described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before____3/12/2021_____(Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search at any time in the day or night, because good cause has been established, if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

___2/26/2021 @ 5:12 pm_____     at     ___Phoenix, Arizona____
Date and Time Issued                                City and State

HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE                 ___EsWillett_____
Name and Title of Judicial Officer                       Signature of Judicial Officer

# UNITED STATES DISTRICT COURT

### District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL #4546**: One USPS Express Mail parcel bearing USPS tracking number EJ666084546US, addressed to "Casey Kasl, 2044 E. Palm Ln., Phoenix, AZ 85006," with a return address of "T.H. Brown, 1524 W. 8th, Muncie, IN 47305." It is a medium, brown box, cardboard box, measuring approximately 8.6" X 8.6" X 6.4"; weighing approximately 2 pounds and 12 ounces; postmarked February 25, 2021; and bearing $58.15 in postage.

**APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT**

Case Number:   21-9078 MB

I, RICKY GLASS, being duly sworn, depose and state as follows:

I am a SPECIAL AGENT and have reason to believe that on the premises known as:

**SUBJECT PARCEL 4546**: One USPS Express Mail parcel bearing USPS tracking number EJ666084546US, addressed to "Casey Kasl, 2044 E. Palm Ln., Phoenix, AZ 85006," with a return address of "T.H. Brown, 1524 W. 8th, Muncie, IN 47305." It is a medium, brown box, cardboard box, measuring approximately 8.6" X 8.6" X 6.4"; weighing approximately 2 pounds and 12 ounces; postmarked February 25, 2021; and bearing $58.15 in postage.

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, which is CONTRABAND, THE FRUITS OF CRIME, OR THINGS OTHERWISE CRIMINALLY POSSESSED,

in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846, and Title 18, United States Code, Section 1956(h). The facts to support the issuance of a Search Warrant are as follows:

SEE ATTACHED AFFIDAVIT OF RICKY GLASS, WHICH IS MADE A PART HEREOF.

Authorized by AUSA Jacqueline Schesnol

JACQUELINE SCHES Digitally signed by JACQUELINE SCHES
Date: 2021.02.26 16:41:21 -07'00'
Sworn to before me, and subscribed in my presence

Telephonically

_Ricky Glass_
Signature of Affiant - RICKY GLASS

2/26/2021 @ 5:12 pm
Date

at   Phoenix, Arizona
City and State

HONORABLE EILEEN S. WILLETT
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

_EsWillett_
Signature of Judicial Officer

## AFFIDAVIT AND STATEMENT OF PROBABLE CAUSE

I, United States Postal Service - Office of Inspector General ("USPS-OIG"), Special Agent ("SA") Ricky Glass, being first duly sworn, hereby depose and state as follows:

1.      I am currently a SA with the USPS-OIG and have been since May 2019. The USPS-OIG helps maintain the confidence and integrity of the postal system and improve the Postal Service's bottom line through independent audits and investigations. SAs conduct criminal and administrative investigations on internal and external subjects to help prevent and detect fraud, waste, and misconduct, as well as to deter crimes against the postal system.

2.      I am currently assigned as the USPS-OIG Primary Narcotics Agent at the Phoenix Resident Office, responsible for the states of Arizona and Nevada. I also hold a secondary role as a Mail Theft Agent. As a Narcotics Agent, I conduct criminal investigations concerning postal employees' illicit drug activity at postal facilities or while on-duty, in addition to external subjects who abuse the U.S. mail service.

3.      I am also assigned as a Task Force Agent to the Phoenix Division Prohibited Mailings Narcotics Team ("PMNT") in Arizona, which is responsible for investigating narcotic violations involving the United States Mails. Part of my training as an SA included narcotic investigative techniques and the training in the identification and detection of controlled substances being transported in the U.S. Mail.

4.      I was previously employed as an SA with the United States Secret Service ("USSS"). The USSS is the primary investigative agency charged with safeguarding the payment and financial systems of the United States. While employed with the USSS, I was assigned to the San Francisco Field Office as a member of the Electronic Crimes Task Force ("ECTF") conducting investigations related to the use of computer/electronic devices, such as dark web,

1

cryptocurrency, hacking, and wire fraud. I was also assigned to the Internet Crimes against Children ("ICAC") Task Force, investigating individuals downloading and sharing child pornography and committing other sexual crimes against children.

5.     I have assisted Agents and Postal Inspectors on narcotics investigations involving individuals violating Title 18, United States Code, Section 1956(h) (Conspiracy to Commit Money Laundering), as well as Title 21, United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a Controlled Substance), and 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance). The facts and information contained in this affidavit are based on my personal knowledge, as well as that of Postal Inspectors and/or other law enforcement officers involved in this investigation as described below.

6.     This Affidavit is made in support of an application for a search warrant for one United States Postal Service ("USPS") Priority Mail Parcel, hereafter, referred to as "**SUBJECT PARCEL #4546.**" **Based on a positive alert by a narcotics-detecting canine, I believe SUBJECT PARCEL #4546 contains controlled substances or proceeds from the sale of controlled substances.**

7.     **SUBJECT PARCEL #4546** is further described as follows:

One USPS Express Mail parcel bearing USPS tracking number EJ666084546US, addressed to "Casey Kasl, 2044 E. Palm Ln., Phoenix, AZ 85006," with a return address of "T.H. Brown, 1524 W. 8th, Muncie, IN 47305." It is a medium, brown box, cardboard box, measuring approximately 8.6" X 8.6" X 6.4"; weighing approximately 2 pounds and 12 ounces; postmarked February 25, 2021; and bearing $58.15 in postage.

2

## BACKGROUND

8.     From my training and experience, as well as the training and experience of other Postal Inspectors on the PMNT, I am aware that the USPS mail system is frequently used to transport controlled substances and/or proceeds from the sale of controlled substances to areas throughout the United States. I also know that drug traffickers prefer mail/delivery services such as Express Mail and Priority Mail because of their reliability and the ability to track the article's progress to the intended delivery point. When a drug trafficker learns that a mailed article has not arrived as scheduled, he/she becomes suspicious of any delayed attempt to deliver the item.

9.     Based on my training and experience, and consulting with law enforcement partners familiar with dark web and cryptocurrency investigations, when buying and selling illicit substances through the internet, narcotics traffickers commonly use cryptocurrency due to the anonymity it affords. Narcotics traffickers using cryptocurrency commonly use dark web vendors to facilitate this process.

10.     *Cryptocurrency* is a digital currency in which encryption techniques are used to generate, regulate, and transfer units of currency independently of a central banking system. Cryptocurrency exchanges work as a medium of exchange that uses cryptography to secure financial transactions, control the creation of additional units, and verify the transfer of assets.

11.     A *cryptocurrency wallet* stores information such as the public and/or private keys to the wallet and can be used to track ownership of the wallet. Public/private keys are used to transfer cryptocurrencies between users on a platform called "The Block Chain." Cryptocurrencies (like "Bitcoin") can also be used to purchase items from internet vendors who wish to remain anonymous.

12.     Cryptocurrency transactions are anonymous (like cash transactions) and can be

3

conducted over the internet without a face-to-face meeting. There are internet-based companies that allow users to purchase postage using cryptocurrency, obviating the need to make a face-to-face purchase, or register for an account that could be exploited by law enforcement to track their activity.

13.    Because cryptocurrency is primarily used to make anonymous purchases and requires specific knowledge by both the seller and buyer, there are relatively few legitimate businesses transactions that occur using cryptocurrency.

14.    Subjects involved in these types of dark web investigations often will use an existing, deliverable return address; however, the name listed will not be associated to that address. In addition, the subject themself will have no association to that address. The subject will use the chosen return address for several months and later use a different return address to avoid law enforcement investigative techniques. This process will occur multiple times during the course of the criminal activity, but the unique characteristics of the parcels being shipped will often remain the same.

15.    Based on my training and experience regarding Express Mail operations, I am aware that the USPS designed the Express Mail service primarily to fit the needs of businesses by providing overnight delivery for time-sensitive materials. Moreover, based on my training and experience, I am aware that business mailings often: (a) contain typewritten labels; (b) are addressed to and/or from a business; (c) are contained within flat cardboard mailers; and (d) weigh less than eight ounces. In addition, USPS developed corporate charge accounts to avoid time-consuming cash payments by businesses for business mailings.

16.    Based on my training and experience, I am aware that the USPS created the Priority Mail service as a less-expensive alternative to Express Mail overnight delivery, but

4

designed it to provide quicker, more reliable service than standard First Class Mail. Whereas a customer mailing an article via Express Mail expects next-day service, a customer mailing an article via Priority Mail can expect two- to three-day delivery service. The USPS also provides a tracking service, which allows the customer to track the parcel and confirm delivery through a USPS tracking number.

17.     Based on my training and experience regarding Priority Mail operations, I am aware that the majority of Priority Mail mailings are business mailings. Businesses have found that Priority Mail is a significantly less-expensive method of mailing than Express Mail, particularly when next-day service is not a requirement. I also know that Priority Mail business mailings (similar to Express Mail) tend to be smaller, lighter mailings and on average, weigh less than two pounds. Examples of the typical types of business mailings conducted via Priority Mail include books, clothing, pharmaceuticals, and consumer goods purchased from online retailers.

18.     From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that the State of Arizona is a source location for controlled substances based on its close proximity to the border between the United States and Mexico. As such, controlled substances are frequently transported from Arizona via USPS, and proceeds from the sale of controlled substances are frequently returned to Arizona via USPS.

19.     Based on my training and experience regarding the use of Express Mail and Priority Mail to transport controlled substances and/or the proceeds from the sale of controlled substances, I am aware that these parcels usually contain some or all of the following characteristics:

a. The parcel contains a label with handwritten address information and is addressed from one individual to another individual;

b. Postage is pre-purchased with cryptocurrency or paid with cash;

c. The handwritten label on the parcel does not contain a business account number, thereby indicating that the sender likely paid cash;

d. The parcel is heavier than the typical mailing, often weighing more than eight ounces for Express Mail and more than two pounds for Priority Mail; and

e. The parcel either: (a) was destined for an area known to be a frequent destination point for controlled substances, having been mailed from an area known to be a source area for controlled substances; or (b) originated from an area known to be a frequent origination point for proceeds from the sale of controlled substances, having been mailed to an area known to be a destination area for proceeds from the sale of controlled substances.

20.    Express Mail and Priority Mail parcels found to meet any or all of the characteristics described above are often further scrutinized by Postal Inspectors through address verifications and an examination by a trained narcotics-detecting canine.

## RELEVANT FACTS PERTAINING TO THE SUBJECT PARCEL

21.    On February 26, 2021, investigators identified a suspicious parcel (**SUBJECT PARCEL #4546**) while conducting a U.S. Mail interdiction operation at Phoenix Processing and Distribution Center ("P&DC"), located in Phoenix, AZ. The parcel was labeled as being mailed from Muncie, IN and intended for delivery in Phoenix, AZ. I conducted a physical examination of **SUBJECT PARCEL #4546** and determined it met some of the characteristics listed in Paragraph 19 above, to include a handwritten label.

6

22.     First, per Postal Service resources, I learned **SUBJECT PARCEL #4546** bore a postage label for larger than a routine amount. Also, **SUBJECT PARCEL #4546** was mailed to an address in Arizona from an address in Indianapolis. Based on my training, experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances and proceeds from the sale of controlled substances, I am aware that Arizona is frequently a source location for controlled substances that are mailed to the State of Indianapolis. Based on those same sources, I am also aware that proceeds from the sale of controlled substances are frequently returned to Arizona from the state of Indianapolis via USPS. At this point, **SUBJECT PARCEL #4546** was detained for further investigation.

23.     Investigators conducted a database query regarding the names and addresses for **SUBJECT PARCEL #4546** in Lexis Nexis – Accurint. Accurint associates addresses and telephone numbers to individuals and business entities. The Accurint database is created from credit reports, law enforcement reports, utility records, and other public records.

24.     From the query, I learned that the delivery addresses for **SUBJECT PARCEL #4546** was an existing, deliverable addresses; however, the names listed were not associated to either address listed on the parcel.

25.     From my training, personal experience, and the collective experiences related to me by other Postal Inspectors on the PMNT who specialize in investigations relating to the mailing of controlled substances, it is common for drug traffickers to use names not associated with an address or fictitious names and addresses to evade detection by law enforcement.

## CANINE EXAMINATION OF THE SUBJECT PARCEL

26.     On February 26, 2021, Mesa Detective/Canine Handler Dawn Haynes and her

7

narcotics-detecting canine, "Nicole," inspected **SUBJECT PARCEL #4546** at the P&DC.

27.    Investigators separated **SUBJECT PARCEL #4546** from other parcels. At approximately 10:20 a.m., Nicole inspected **SUBJECT PARCEL #4546** and gave a positive alert for narcotics by lying down at **SUBJECT PARCEL #4546**.

28.    Detective Haynes described Nicole's positive alert of lying down at **SUBJECT PARCEL #4546** as a "passive" alert that Nicole has been trained to give to indicate the presence of a controlled substance or currency, notes, documents, or other evidence bearing the presence of the odors of a controlled substance within **SUBJECT PARCEL #4546**

29.    Detective Haynes advised she is a Mesa Police Department Detective currently assigned to the handling and care of Mesa Police Department canine Nicole. Detective Haynes has been a police officer with Mesa Police for 19 years. Nicole is a three-year-old Belgian Malinois, who has been working drugs/narcotics detection for the Mesa Police Department since February 2020. Nicole and Detective Haynes currently hold a National Certification in drugs/narcotics detection by the National Police Canine Association ("NPCA") which was obtained in March 2020.    Detective Haynes' certifications also include the completion of a canine certification course put on at the Alpha canine training facility. Nicole is trained to detect the odors of cocaine, marijuana, heroin, methamphetamine, and their derivatives (which includes currency, notes, documents, or other evidence bearing the presence of the odors of a controlled substance). Detective Haynes advised that since Nicole began working at the Mesa Police Department, Nicole has had over 100 successful finds (both training finds and finds that have contributed to active investigations) of controlled substances and/or the proceeds from the sales of controlled substances.

8

## CONCLUSION

30.    Based on these facts, your affiant asserts that there is probable cause to believe

that **SUBJECT PARCEL #4546** described above, contains controlled substances or proceeds

from the sale of controlled substances, constituting evidence of violations of Title 18, United

States Code, Section 1956(h) (Conspiracy to Commit Money Laundering), as well as Title 21,

United States Code, Sections 841(a)(1) (Possession with Intent to Distribute a Controlled

Substance), 843(b) (Use of a Communication Facility to Facilitate the Distribution of a

Controlled Substance), and 846 (Conspiracy to Distribute a Controlled Substance).


*Ricky Glass*
_____
SPECIAL AGENT RICKY GLASS
USPS Office of Inspector General


Telephonically                                    26
Subscribed and sworn to before me on this _____ day of February, 2021.

*Eswillett*
_____
HONORABLE EILEEN S. WILLETT
United States Magistrate Judge

9